## SINGLETON v. COMMONWEALTH

(Decided November 22, 1929.)

B. J. Bethurum and Carroll & Carroll for movant.

J. W. Cammack, Attorney General, and Samuel B. Kirby, Jr., Assistant Attorney General, for the Commonwealth.

PER CURIAM. Judgment of conviction for violation of the prohibition law, imposing a fine of $100 and 30 days in jail.

Appeal denied. Judgment affirmed.

## BYLLESBY ENGINEERING & MANAGEMENT CORPORATION v. SIZEMORE.

(Decided December 13, 1929.)

Joseph D. Harkins for movant.

James & Hobson opposed.

PER CURIAM. Judgment for $275 in an action for damages to property.

Appeal denied. Judgment affirmed.

## CLAUNCH v. ARNOLD.

(Decided December 20, 1929.)

Rogers & Rogers for movant.

S. Gaines opposed.

PER CURIAM. Judgment for $350 in an action for damages.

Appeal denied. Judgment affirmed.